FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 18 2011

JAMES W. McCORMACK, CLERK
By: _____
　　　　　　　　DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA LEE WRAY-KANE　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　NO. 3:011-CV-00079 JMM

WEST MEMPHIS POLICE DEPARTMENT, et al.　　　　　DEFENDANTS

## MOTION OF NONPARTIES TO QUASH SUBPOENAS AND REQUEST FOR ADMISSIONS

Crittenden County Sheriff's Department Sheriff Mike Allen, Dick Busby and W.A. Wren hereby respectfully request that the Court quash the Subpoenas and Requests for Admissions purportedly served upon and propounded to them as nonparties, or in the alternative declare that no valid subpoena or request for admissions have properly been served upon or propounded to the them as nonparties pursuant to Fed. R. Civ. P. 36 and 45.

As grounds therefor, Crittenden County Sheriff's Department Sheriff Mike Allen, Dick Busby and W.A. Wren (hereinafter "Nonparties") state as follows:

1.　The Nonparties live and/or work in the state of Arkansas. None of the three Nonparties are located within 100 miles of the United States District Court for the Middle District of Florida.

2.　On or about April 25, 2011, Plaintiff Donna Lee Wray-Kane purported to serve on the Nonparties a subpoena, by certified mail, a copy of which is attached hereto as **Exhibit A.**

3.　The purported subpoenas do not set forth a place for responding thereto that is within 100 miles of the residence or place of business of the Nonparties as required by Fed. R. Civ. P. 45(c)(3)(B)(iii).

4.　On or about April 25, 2011, Plaintiff Donna Lee Wray-Kane purported to propound

to the Nonparties requests for admissions which are attached hereto as **Exhibit B.**

5.      The said purported requests for admissions were not propounded pursuant to the requirements of Fed. R. Civ. P. 36, and are improper at this stage in the litigation.

6.      The Nonparties hereby respectfully request that the Court quash the subpoenas and requests for admissions purportedly served upon and propounded to them, or in the alternative declare that no valid subpoena or request for admissions have properly been served upon or propounded to them pursuant to Fed. R. Civ. P. 36 and 45.

Respectfully submitted,

Crittenden County Sheriff's Department Sheriff Mike Allen, Dick Busby and W.A. Wren, *Nonparties*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, AR 72222
(501) 868-2500 Telephone
(501) 868-2505 Facsimile
email: owens@rainfirm.com

By: _____
Michael R. Rainwater, #79234
Jason E. Owens, #2003003

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2011, I have mailed the foregoing to the Clerk of the Court, and I am mailing a copy by U.S. Mail, postage prepaid to the following:

Donna Lee Wray-Kane
501 North Madison Avenue
Clearwater, FL 33755

                                        /s/ Jason E. Owens
                                    Jason E. Owens
                                    Attorney for Defendants
                                    RAINWATER, HOLT & SEXTON, P.A.
                                    P.O. Box 17250
                                    6315 Ranch Drive
                                    Little Rock, Arkansas  72222-7250
                                    Telephone (501) 868-2500
                                    Telefax (501) 868-2505

6653.3398