# Verified Certificate of Mailing

I, the undersigned Mailer, residing at the below Mailer Address, having attained age of majority, and having sound mind, no personal interest in the matter hereof, and no family or business relation to the below Sender, hereby certify under penalties of perjury that the below Sender delivered to me on the below Date Received the below-described Letter with Envelope, and that I inserted the letter into the Envelope, ensured it bore the below Recipient Address, and on the below Date Mailed I sealed and mailed the Letter to the below Recipient via the below Mail Service using the below Mail Type with a sticker affixed to or writing upon the Envelope having the below Mail Number. I shall record any response to the Letter and the date of receipt below.

I have enclosed in the Envelope an unsigned copy of this Certificate of Mailing as evidence to the Recipient that I performed and certified the mailing service identified herein. The Sender shall retain the original form of this Certificate.

| Date Received | 4/21/2011 | | Date Mailed | 4/22/2011 |
|---|---|---|---|---|
| Content Described | Total Pages 27 | Attachments | Date | 4/21/2011 |
| Letter Subject | 1pg Subpoena 8:11-cv-0085 4-RAL-TBW  |  |  |  |
|  | 9pg Request for Admissions  |  | 2 copies |  |
|  | 4pg Subpoena List |  | 2 copies |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Sender Name | Donna Lee Wray-Kane | | | |
| Sender Address | c/o 501 North Madison Avenue Clearwater, FL 33755 | | | |
| Recipient Name | Crittenden County Sheriff's Dept | | | |
| Recipient Address | 250 Afco Rd, West Memphis AR 72301 | | | |
| Mail Service ☑ | USPS ☑ FedEx ☐ UPS ☐ DHL ☐ Other ☐: | | | |
| Mail Type ☑ | Certified ☑ Registered ☐ Return Receipt ☑ Other ☐: | | | |
| Mail Number (MN) | 7009 2820 0001 6109 2166 | | | |
| MN Printed on... | Letter ☐ Envelope ☑ Waybill ☑ Copy of Letter ☐ | | | |
| Copy of Letter ☑ | Attached? ☐ Mailer signed & sealed page 1? ☐ Mailer initialed other pages? ☑ | | | |
| Mailer Name | Bob Hurt | | | |
| Mailer Address | 2460 Persian Drive #70 Clearwater, Florida 33763 | | | |
| Mailer Signature | | | | |
| Response Received | by | | Date | |

STATE OF   FLORIDA
COUNTY OF  PINELLAS

Donna Lee Wray-Kane/Donna Lee Wray, personally known ☑ or produced identification ☐ of type_____, appeared before me and acknowledged the foregoing instrument this 21st day of April, 2011.

*Bob Hurt*
Notary Public Signature

*Bob Hurt*
Notary Public Name, printed or typed


BOB HURT
MY COMMISSION # DD 879841
EXPIRES: May 30, 2011
Bonded Thru Notary Public Underwriters


EXHIBIT
A

AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 8:11-CV-00854-RAL-TGW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* CRITTENDEN COUNTY SHERIFF DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY, W.A. WREN

was received by me on *(date)* 4/21/2011

☒ I served the subpoena by delivering a copy to the named person as follows: Critten 350 Afco Rd WestMemphis AR 72301 Certified Mail 7109 2970 0001 6109 2166

on *(date)* 4/22/2011; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 22 April 2011

Bob Hurst
*Server's signature*

Bob Hurst
*Printed name and title*

2460 Persian Drive #70 Clearwater FL 33763
*Server's address*

Additional information regarding attempted service, etc:

AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

WRAY-KANE
*Plaintiff*

CRITTENDEN COUNTY SHERIFFS DEPARTMENT
SHERIFF MIKE ALLEN, DICK BUSBY + WA WRENN
*Defendant*

Civil Action No. 8:11-CV-00854-RAL-TGW

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: YOU ARE TO PROVIDE SUBPOENA DOCUMENTS TO: BOB HUNT 2466 PERSIAN DRIVE #70 CLEARWATER, FL 33763 | ~~Courtroom No.~~ SUBPOENA EXHIBIT A + ADM |
|---|---|
| | Date and Time: ON OR BEFORE 30 DAYS FROM VERIFIABLE RECEIPT |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 4/21/2011

*CLERK OF COURT*

_____        Donna Lou Wray-Kane
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*
                                             PRO PER

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Donna Lou Wray-Kane SELF
501 N MADISON AVENUE, who issues or requests this subpoena, are:
CLEARWATER, FL 33755
(727) 449-9419
DEELEESA@hotmail.com

SUBPOENA LIST

DEFENDANTS ARE: **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN**, must produce in accordance to Federal Law, provide and deliver within 30 days of receipt to: Attention: Bob Hurt Notary Public c/o 2460 Persian Drive #70, Clearwater, FL 33763 within thirty (30) days of this service. The Subpoenaed items are to be from May 20, 2010 from 9:00am CST through to the latest report. Subpoenaed List seeks items responsive to both Scene #1 off ramp road where the police killings allegedly took place and Scene #2 at the West Memphis, AR Walmart:

1. Name, Rank, Badge number, Police Certificate number and insurance policy number, agency, underwriter and agent for **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT** employees retired or on duty at Scene #1 & #2.

2. All **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT** reports connected to the killing of Brandon Paudert, Bill Evans, Jerry & Joe Kane and pets and shootings of BUSBY AND WRENN.

3. All witness reports written and audio and ballistics connected to the shooting of **DICK BUSBY, WA WRENN, JERRY KANE AND JOE KANE.**

4. All dashcam and audio connected to the killings.

5. All reports of mexicans or any other race running away from the scene of the shootings.

6. All recordings of incoming and outgoing calls to and from **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT** and all other departments.

7. All uncut unaltered recordings of 911 calls.

8. Brandon Paudert, Bill Evans, Jerry Kane Jr & Joseph Kane autopsy reports & autopsy photos.

9. All audios of radio communications between the different units and **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT**, and all other agencies, law enforcement and otherwise.

10. **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT** Sheriff and Deputy handbooks.

11. All full uncut dashcam and audios from all **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT** vehicles marked or unmarked at Scene #1 and Scene #2.

12. Manuals for the dashcam/audio systems installed in all **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT** vehicles.

13. Installation guide for the audio/dashcam system. 14. List of all make, model, VIN and plate numbers of vehicles **DICK BUSBY and W.A. WRENN** used.

14. All repair orders and receipts for audio and dash cam malfunctions in **DICK BUSBY** and **W.A. WRENN** assigned vehicles.

15. The BOLOS **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT** had access to.

17. Work records, job descriptions, all discipline actions, pay scales and titles including retired **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT** employees at the **WALMART**.

18. Verified written authority backed up by the Constitution that shows that a **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT** employee, retired or active can profile, giving no calls for surrender thereby denying due process. 19. Copies of all sketches, measurements, photos, tape recordings, GPS readings, made pertaining to Scene #1 and Scene #2 murders on 5/20/2010.

BH

20. All records, reports, diagrams, photos, videos, handwritten notes, recordings, receipts, logs, communications of any kind that may or may not have been specifically asked for in this subpoena.

RH