Donna Lee Wray-Kane

c/o 501 North Madison Avenue

Clearwater, Florida

(727) 449 9419

In propria persona

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Donna Lee Wray-Kane | Case No. 8:11-cv-00854-RAL-TGW |
| Plaintiff, | |
| V. | COMPLAINT OF OFFICAL TORTURE KILLINGS AND |
| WEST MEMPHIS POLICE DEPARTMENT | CIVIL RIGHTS VIOLATIONS |
| JOHN DOE DEFENDANTS 1 THROUGH 200 | PURSUANT TO BIVINS V SIX |
| Defendants. | UNKNOWN FBI AGENTS 403 US 388 |



EXHIBIT B

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANTS

**Without waiving any right, remedy, or defense,** whereas I, Donna Lee Wray-Kane of the expressed revocable trust filed, now coming as the beneficiary in the above named action states as follows:

**Comes Now PLAINTIFF Donna Lee Wray-Kane** the undersigner who hereby certifies under Federal Law and Florida Rules of Civil Procedures (FLRCP) rule 1.280 and 1.370 that one (1) original and one (1) copy of **PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANTS** has been served on **DEFENDANTS CRITTENDEN COUNTY SHERIFF'S DEPARTMENT AND SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** via U.S. Certified Mail # 7009 2820 0001 6109 2166 this 21st day of April, 2011 to: 350 AFCO ROAD, WEST MEMPHIS, ARKANSAS 72301

By: *[signature]*
PLAINTIFF Donna Lee Wray-Kane

**YOU ARE REQUIRED,** pursuant to Federal Law and Florida Rules of Civil Procedure rules 1.280 and 1.340 to answer completely, in writing, and **under oath,** the following Admission, and to return your answers to these Admissions to: Attention: Bob Hurt Notary Public c/o 2460 Persian Drive #70, Clearwater, FL 33763 within thirty (30) days of this service.

## ACKNOWLEDGEMENT

State: Florida       )            For verification purposes only

                     ) Sworn and Subscribed:

County: Pinellas  )

SWORN AND SUBSCRIBED TO before me by Donna Lee Wray-Kane, known to me or proven to me to be the party signing this document this 21st day of April, 2011.

_____ 

WITNESS my hand and official seal.

_____ (seal)

NOTARY PUBLIC

My commission expires: 30 May 2011, 20____ (Stamp)

BOB HURT
MY COMMISSION # DD 879641
EXPIRES: May 30, 2011
Bonded Thru Notary Public Underwriters

## INSTRUCTIONS

**PLAINTIFF** Donna Lee Wray-Kane, hereby serves upon the **DEFENDANTS CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN DEFENDANTS**, its Request for Admissions, and states that the **DEFENDANTS** shall file a written Answer in writing under oath, within thirty (30) days of the date of service addressing to the matter contained herein, or said matter will be considered admitted.

The Answer to Request for Admissions shall specifically deny the matter set forth or set forth in detail the reason why the answering party can not truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested Admission, and when good faith requires that a party qualify his answer, or deny only a part of the matter of which an admission is requested, he shall specify so much of it as is true, and qualify or deny the remainder. Further, an answering party may not give lack of information or knowledge as a reason for failure to admit or deny unless he states that he has made reasonable inquiry, and that the information known or readily obtainable by him is insufficient, to enable him to admit or deny.

This Request for Admissions is directed toward all information known or available to **DEFENDANTS** including information contained in the records and documents in **DEFENDANTS** custody or control or available to **DEFENDANTS** upon reasonable inquiry.

Each request for an admission is to be deemed a continuing one. If, after serving an answer to any Request for Admission, and an authorized officer for **DEFENDANTS** obtains or becomes aware of any further information pertaining to that Request for Admission, the authorized officer is requested to serve a supplemental answer setting forth such information.

## DEFINITIONS

A. "You" and "your" include, as **DEFENDANTS, CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN**, and any and all persons acting for, or in concert with **DEFENDANTS**.

B. "Document" includes every piece of paper held in your possession or generated by you which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, memoranda, notes, messages, diaries, minutes, books, reports, charts, ledgers, invoices, computer printouts, computer memory, e-mails, microfilms, videotapes or tape recordings.

C. **DEFENDANTS** names includes all nick-names, pseudonyms and/or misnomers in any papers or documents referencing the Defendant or any liability or obligation attributable to them.

D. "Agent" shall mean any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

E. "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

F. "PLAINTIFF" shall mean the Filer of this Case Donna Lee Wray-Kane and all who joinder as injured parties to avoid a multiplicity of suits in Federal Case No. 8:11-cv-00854-RAL-TGW Wray-Kane v. **WEST MEMPHIS POLICE DEPARTMENT and JOHN DOES 1-200**.

G. The singular shall include the plural and vice versa; the terms "and" and "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation.

## ADMIT OR DENY THE FOLLOWING

1. Please admit that the person making these admissions is an authorized agent for the **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** and (a.) Name and position of person making these admissions:

   Admit _____, or Deny _____.

2. Please admit that **DEFENDANTS CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** that you had seen the dash cam and had first hand knowledge that the Kane's killed Paudert and Evans at the time the Kane's were obstructed from leaving the WALMART parking lot.

   Admit _____, or Deny _____.

3. Please admit that **DEFENDANTS CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** were telling the truth when they said the Kane's 'marched' toward **DICK BUSBY AND WA WRENN** in the WALMART parking lot.

   Admit _____, or Deny _____.

4. Please admit that **DEFENDANTS CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** had no probable cause to pull in front of Jerry Kane Jr in the WALMART parking lot.

   Admit _____, or Deny _____.

5. Please admit that **DEFENDANTS CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** failed to alert the public at large and concealed in order to continue the notion of Sovereign citizen nonsense due to the fact that Jerry Kane Jr License plates were **not** homemade and that at the date of the alleged stop on May 20, 2010 the physical registration sticker attached to the License plate was valid until 06/2010.

Admit _____, or Deny _____.

6. Please admit that **DEFENDANTS CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** failed to alert the public at large and concealed in order to continue the notion of Sovereign citizen nonsense, that Jerry Kane Jr registration on Ohio License Tag No. EDE 8396 at the time of the alleged pullover on May 20, 2010 had been registered for an additional two years and the Minivan registration was legal, legitimate and valid until 06/2012.

Admit _____, or Deny _____.

7. Please admit that **DEFENDANTS CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** that the Kane's 'Marched' toward **DICK BUSBY AND WA WRENN** in the **WALMART** parking lot.

Admit _____, or Deny _____.

8. Please admit that **DEFENDANTS CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** that the Kane's brandished weapons in a threatening manner toward **DICK BUSBY AND WA WRENN**

Admit _____, or Deny _____.

9. Please admit **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** that it is standard practice to kill suspects versus apprehending them and taking them to trial.

Admit _____, or Deny _____.

10. Please admit **CRITTENDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE ALLEN, DICK BUSBY AND WA WRENN** that it is standard practice or procedure to have up to 30 shooters to take down 2 suspects and shoot to kill with no calls surrender.

Admit _____, or Deny _____.

By **DEFENDANTS** under Oath: _____

Your Title: _____

### ACKNOWLEDGEMENT

State: _____ ) For verification purposes only

) Sworn and Subscribed:

County: _____ )

BEFORE ME the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, this day personally appeared _____ who is known to me to be the person(s) described herein and who executed the foregoing instrument, who acknowledged before me that (s)he/they executed the same, that I relied upon the following form(s) of identification of the above-named person(s): _____ and that an oath _____ (was/was not) taken.

WITNESS my hand and seal in the County and State last aforesaid, this _____ day of _____, A.D., 2011.

_____

NOTARY PUBLIC

My commission expires:

_____, 20_____

_____

Printed Notary Signature