Case 3:11-cv-00079-JMM   Document 8   Filed 05/18/11   Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 18 2011

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA LEE WRAY-KANE     PLAINTIFF

VS.     NO. 3:011-CV-00079 JMM

WEST MEMPHIS POLICE DEPARTMENT, et al.     DEFENDANTS

## BRIEF IN SUPPORT OF MOTION OF NONPARTIES TO QUASH SUBPOENAS AND REQUEST FOR ADMISSIONS

Nonparties Sheriff Mike Allen, Dick Busby and W.A. Wren contend that service of the subpoenas was not proper under Fed. R. Civ. P. 45.

Federal Rule of Civil Procedure 45 sets geographic limits on the subpoena power of federal courts: "Subject to Rule 45(c)(3)(A)(ii), a subpoena may be served at any place: (A) within the district of the issuing court; (B) outside the district but within 100 miles of the place specified for the ... trial ...; (C) within the state of the issuing court ...; (D) that the court authorizes on motion and for good cause, if a federal statute so provides." Fed. R. Civ. P. 45(b)(2).

Rule 45(c)(3)(A)(ii) requires the court to quash a subpoena requiring a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person. *Id.* Here, Nonparties Sheriff Mike Allen, Dick Busby and W.A. Wren all live and/or work in the state of Arkansas. None of the three nonparties are located within 100 miles of the United States District Court for the Middle District of Florida. Accordingly, the Nonparties contend service of the subpoenas was not proper as they are clearly located outside of the 100-mile radius defined in Rule 45(b)(2).

Nonparties Sheriff Mike Allen, Dick Busby and W.A. Wren also contend that the purported requests for admissions were improperly propounded to them. Fed. R. Civ. P. 36(a)(1) states that "A party may serve on any other party a written request to admit, for purposes of the pending action only, the truth of any matters within the scope of Rule 26(b)(1) relating to: (A) facts, the application of law to fact, or opinions about either; and (B) the genuineness of any described documents." *Id.* As neither Sheriff Mike Allen, Dick Busby or W.A. Wren are parties to this lawsuit, the requests for

admissions are not proper and should be quashed.

For all of the foregoing reasons, the subpoenas and requests for admissions served upon and propounded to Nonparties Sheriff Mike Allen, Dick Busby and W.A. Wren must be quashed as the subpoenas and requests for admissions were not properly served upon or propounded to them pursuant to Fed. R. Civ. P. 36 and 45.

                    Respectfully submitted,

                    Crittenden County Sheriff's Department Sheriff Mike Allen, Dick Busby and W.A. Wren,
                    *Nonparties*

                    RAINWATER, HOLT & SEXTON, P.A.
                    P.O. Box 17250
                    6315 Ranch Drive
                    Little Rock, AR 72222
                    (501) 868-2500 Telephone
                    (501) 868-2505 Facsimile
                    email: owens@rainfirm.com

By: _____
                    Michael R. Rainwater, #79234
                    Jason E. Owens, #2003003

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2011, I have mailed the foregoing to the Clerk of the Court, and I am mailing a copy by U.S. Mail, postage prepaid to the following:

Donna Lee Wray-Kane
501 North Madison Avenue
Clearwater, FL 33755

                                              _____
                                              Jason E. Owens
                                              Attorney for Defendants
                                              RAINWATER, HOLT & SEXTON, P.A.
                                              P.O. Box 17250
                                              6315 Ranch Drive
                                              Little Rock, Arkansas  72222-7250
                                              Telephone (501) 868-2500
                                              Telefax (501) 868-2505

6653.3398