IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DONNA LEE WRAY-KANE**                                           **PLAINTIFF**

**V.**                                   **3:11CV00079 JMM**

**WEST MEMPHIS POLICE DEPARTMENT, et al.**                **DEFENDANTS**

**ORDER**

Pending is the Motion of Nonparties to Quash Subpoenas and Request for Admissions. There has been no response by the parties.

On April 25, 2011, Plaintiff, acting pro se, subpoenaed the Crittenden County Sheriff's Department Sheriff Mike Allen, Dick Busby, and W.A. Wren to appear in Clearwater, Florida and to provide information, documents, and recordings within thirty (30) days of receipt of the subpoena. At that time Plaintiff's Complaint was filed in the Middle District of Florida, Tampa Division.[1] Crittenden County Sheriff's Department Sheriff Mike Allen, Dick Busby, and W.A. Wren are not parties to the lawsuit and do not live and/or work within 100 miles of the United States District Court for the Middle District of Florida. Therefore, the subpoena is quashed pursuant to Rule 45(c)(3)(A)(ii). For this reason, the motion of Crittenden County Sheriff's Department Sheriff Mike Allen, Dick Busby, and W.A. Wren (Docket # 7) is GRANTED.

IT IS SO ORDERED this 23rd day of May, 2011.

James M. Moody
United States District Judge

---

[1] Plaintiff's case has since been transferred to the United States District Court for the Eastern District of Arkansas, Jonesboro Division. *See* Docket # 5.