IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA LEE WRAY-KANE                                                                              PLAINTIFF

V.                                              3:11CV00079 JMM

WEST MEMPHIS POLICE DEPARTMENT;
JOHN DOES 1 THROUGH 200                                                                      DEFENDANTS

## ORDER

Plaintiff, acting *pro se*, filed her Amended Complaint on May 2, 2011 in the United States District Court for the Middle District of Florida. The case was transferred to this Court the following day.

Rule 4 of the Federal Rules of Civil Procedure requires a plaintiff to serve a summons and a copy of the complaint on each defendant in the case within 120 days after the complaint is filed. *See* Fed. R. Civ. P. 4(c) and (m). There is no indication in the record that Plaintiff has served the Defendants with summonses or copies of the Complaint as required by Rule 4(c). Rule 4(m) states in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court-on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m).

Accordingly, Plaintiff is directed to file proof that the Defendants were served on or before August 30, 2011.[1] If the Plaintiff fails to file proof within fourteen (14) days of this Order, the case may be dismissed pursuant to Rule 4(m).

The Clerk is directed to mail a copy of this Order to the Plaintiff via certified mail.

---

[1] August 30, 2011 is 120 days after the date that Plaintiff filed her Amended Complaint.

IT IS SO ORDERED this 27th day of October, 2011.

_____
James M. Moody
United States District Judge