IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA LEE WRAY-KANE                                                                    PLAINTIFF

vs.                                          3:11CV00079 JMM

WEST MEMPHIS POLICE DEPARTMENT,
JOHN DOES 1-200                                                                        DEFENDANTS

## ORDER

On October 27, 2011, the Court ordered Plaintiff to provide proof of service as to the Defendants on or before November 10, 2011.  The Court warned Plaintiff that failure to do so would result in dismissal of the Complaint without prejudice.  Plaintiff has failed to respond.

The Court finds that the Plaintiff has failed to serve the Defendants and has not established "good cause" for this failure.  The Court is aware that "[p]ro se litigants are allowed more latitude than litigants represented by counsel to correct defects in service of process and pleadings." *Moore v. Agency for Int'l Development,* 994 F.2d 874, 876 (D.C.Cir.1993).  However, this latitude can only go so far.  Plaintiff has failed to serve the Defendants and failed to respond to the Court's Order.

IT IS THEREFORE ORDERED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure that the claims against the Defendants are hereby dismissed without prejudice for failure to prosecute.   The Clerk is directed to close the case.

Dated this 16th day of December, 2011.

_____
James M. Moody
United States District Judge